# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 740 |
| | : | |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE CIVIL PROCEDURAL RULES COMMITTEE | : | CIVIL PROCEDURAL RULES DOCKET |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of May, 2023, Maureen Murphy McBride, Esquire, is hereby designated as Chair, and Scott B. Cooper, Esquire, is designated as Vice-Chair, of the Civil Procedural Rules Committee, commencing July 1, 2023.